BROFFORD, APPELLANT, *v.* DEPARTMENT OF REHABILITATION AND CORRECTION, APPELLEE.

[Cite as Brofford *v.* Ohio Dept. of Rehab. & Corr. (1988), 38 Ohio St. 3d 61.]

(No. 88-821—Submitted June 13, 1988—Decided July 20, 1988.)

*Lloyd E. Brofford, pro se.*
*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.